**Electronically Filed
Intermediate Court of Appeals
29177
30-DEC-2010
02:39 PM**

NO. 29177

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

SPECIAL PROCEEDINGS NO. 03-1-0401
In the Matter of the Arbitration Between,
UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO,
Union-Appellant,
and
CITY AND COUNTY OF HONOLULU, DEPARTMENT OF ENVIRONMENTAL
SERVICES, COLLECTIONS SYSTEM,
Employer-Appellee.

SPECIAL PROCEEDINGS NO. 03-1-0400
In the Matter of the Arbitration Between
UNITED PUBLIC WORKERS, AFSCME, Local 646, AFL-CIO,
Union-Appellant,
and
CITY AND COUNTY OF HONOLULU, DEPARTMENT OF ENVIRONMENTAL
SERVICES, COLLECTIONS SYSTEM (Griev. Of A__ P__
re: submittal to alcohol breathalyzer test; Sections 11
and 63; CA-02-25; 2002-0421),
Employer-Appellee.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1/])

The Summary Disposition Order, filed on November 17,
2010, is hereby corrected as follows:

1.    On page 4, in the seventh line from the bottom of
the page, the word "he" should be replaced with "Pearson" so that
as corrected, the text reads: "the rate Pearson received as
helper --"

---

[1/] Nakamura, Chief Judge, Foley, and Reifurth, JJ.

2.    On page 7, in the third line of text from the bottom of the page, the name Pearson is misspelled and the reference to "Person's" should be changed to "Pearson's" in the text.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, December 30, 2010.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge